1 | BENJAMIN B. WAGNER
United States Attorney
2 | MATTHEW D. SEGAL
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California 95814
4 | Telephone: (916) 554-2708

5

6

7 |                 IN THE UNITED STATES DISTRICT COURT

8 |            FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,      )      CASE NO. 10-MJ-124 GGH
                                   )
11 |                 Plaintiff,     )      STIPULATION AND ORDER TO
                                   )      EXTEND TIME FOR PRELIMINARY
12 |      v.                        )      EXAMINATION AND EXCLUDE TIME
                                   )
13 | DAVID R. THOMAS, JR.,          )
                                   )
14 |                 Defendant.     )
_____)

15

16 |      The parties agree that time beginning June 10, 2010 and

17 | extending through June 24, 2010 should be excluded from the

18 | calculation of time under the Speedy Trial Act.  Further, the

19 | Defendant consents to an extension of the time for preliminary

20 | examination until June 24, 2010.  Fed. R. Crim. P. 5.1(d).  The

21 | parties submit that the ends of justice are served by the Court

22 | excluding such time, so that they may have reasonable time

23 | necessary for effective preparation, taking into account the

24 | exercise of due diligence.  18 U.S.C. § 3161(h)(8)(B)(iv).  In

25 | particular, the time is required so that the government and

26 | defense may evaluate the case in light of pre-indictment

27 | discovery already disclosed and also a recently generated mental

28 | health report concerning the Defendant.  The parties are working

1

1 diligently.  The parties stipulate that this interest of justice

2 outweighs the interest of the public and the defendant in a

3 speedy filing of an indictment or information, 18 U.S.C. §§

4 3161(b), (h)(8)(A), and further that this good cause outweighs

5 the public's interest in the prompt disposition of criminal

6 cases.  Fed. R. Crim. P. 5.1(d).

7     The parties further request that this matter be taken off

8 calendar until June 24, 2010.

9

10

11                                  Respectfully Submitted,

12                                  BENJAMIN B. WAGNER
                                    United States Attorney
13

14
DATE: June 9, 2010        By:   /s/ Matt Segal
15                              MATTHEW D. SEGAL
                                Assistant U.S. Attorney
16

17
DATE: June 9, 2010              /s/ Linda Harter
18                              LINDA HARTER
                                Counsel for the Defendant
19

20
**SO ORDERED.**
21

22 DATED:  June 10, 2010.

23

24                              _____

25                              U.S. MAGISTRATE JUDGE

26

27

28

2